FILED

| | |
|---|---|
| 1  Name: Arika Hayes | 2012 DEC -4 PM 2:18 |
| 2  Address: 227 S Ave 54 #10 | CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES |
| 3  L.A CA 90042 | BY _____ |
| 4  Phone: 227 S Ave 54th #10 | |
| 5  Fax: (510) 302-5366 | |
| 6  In Pro Per  Arika Hayes | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arika Hayes Swiss Barbie Bone Vax'Sh PU ATL  Plaintiff | CASE NUMBER: CV12-7974 GW (MAN) Plaintiff Arika Hayes Vax Sh PU Vash North New Herzon Learning Center oppisition offer to dismiss the motion on plaintiff complaint AND Continue this case against All partys Kenye West Viacom Jz Scan Center ATL |
| v. | TITLE OF PLEADING |
| Kenye West Scan center Jz Viacom ATL  Defendant(s). | Dec 17 2012  8:30 Am |

16  Plaintiff Swiss Barbie Bone can
17  prove all proff evidences All true dated and timed
18  Plaintiff Swiss Barbie Bone Arika
19  Hays response to your dismissal
20
21  of the complaint Respectfully submits
22  this Reply in Support of the oppisition
23  to the Dismissal on this case
24
25  We do have proffs and copy
26  right on Books and 2 disk of
27
28  music public publication music
Radio play c.D Albums out dated
before Defendant Kenye West Jz Viacom

CV-127 (09/09)  PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Arika Hays  Dec 4, 2012

Opposition to Dismiss this case as follow on default

Plaintiff Swiss Barbi Bear ask the Court to Not to Dismiss this case all support is there all proff is there and Date and time and Plaintiff ask the court to continue this case and let the proff speak for it

the court state you are to answer 21 days unless they say otherwise and the court state Nov. 6, 2012 Thank you

1. Nothing is devoided
2. All fact are on file
3. All proff is true
4. All Date and time are before Deffents West JZ BUT Viacom/ATL

PLEADING PAGE FOR A SUBSEQUENT DOCUMENT
CV-127 (09-09)

# Copyright
United States Copyright Office

Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = Hayes, Arika, 1969-
Search Results: Displaying 2 of 2 entries



---



### *TRUE STORY ABOUT LIFE FROM.*

**Type of Work:** Text
**Registration Number / Date:** TX0006998522 / 2007-12-27
**Application Title:** True Story About Life from Swiss Barbie If it ment 4U it will happen it is what it is Vol. 1 Vol. 2 Are U A pimp.
**Title:** TRUE STORY ABOUT LIFE FROM.
**Description:** Print material + CDs (8)
**Copyright Claimant:** Arika Hayes Vash Newton Swiss Barbie The Black Arika Kainn, 1969- . Address: 227 S. Ave. 54th #10, L.A., CA 90042.
**Date of Creation:** Not given
**Date of Publication:** 2006-10-05
**Authorship on Application:** Arika Hayes Vash Newton Swiss Barbie The Black Arika Kainn, 1969- (author of pseudonymous work); Citizenship: United States.
**Alternative Title on Application:** True thought, the life, this wit,
**Copyright Note:** Regarding limitation of claim: statements on deposit indicate some text and photographs from other sources.
**Names:** Kainn, Black Arika, pseud., 1969-
Hayes, Arika, 1969-
Swiss Barbie, pseud., 1969-
Newton, Vash, pseud., 1969-



| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&SC=Author&SA=Hayes%2... 12/4/2012